FILED
JUN - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SALVADOR LEMUS-RODRIGUEZ

08CR 459
JUDGE JOHN W. DARRAH

Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4)

MAGISTRATE JUDGE KEYS

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about January 18, 2008, at Lake County, in the Northern District of Illinois, Eastern Division,

SALVADOR LEMUS-RODRIGUEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about January 29, 2004, September 30, 2004 and June 28, 2005 was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY