Minute Order Form (rev. 4/99)

L.F.

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE JOHN W. DARRAH** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 GJ 585 | DATE | JUNE 4, 2008 |
| CASE TITLE | US v. SALVADOR LEMUS-RODRIGUEZ | | **MAGISTRATE JUDGE KEYS** |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING**

**08 CR 459**

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above entitled indictment in Open Court this date before

Judge or Magistrate Judge _Sidney I. Schenkier_

Docket Entry:

TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

**FILED**

JUN - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#