# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 459 - 1 | **DATE** | 6/9/2008 |
| **CASE TITLE** | | | |

**DOCKET ENTRY TEXT**

Arraignment reset to 6/25/08 at 9:30 a.m. pursuant to the Government's telephonic request.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|