

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 459 |
| v. | ) | |
| | ) | Judge Arlander Keys |
| SALVADOR LEMUS RODRIGUEZ, | ) | |
| | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor

that:

        Name:         Salvador Lemus-Rodriguez
        Date of Birth:
        Sex:
        Race:         Hispanic

has been and now is, in due form and process of law, detained in the following institution:

        Logan Correctional Center
        Lincoln, Illinois

Your petitioner further represents to Your Honor that the said prisoner has been charged in

the Eastern Division of the Northern District of Illinois with violations of Title 8, United States

Code, Sections 1326(a) and (b)(1), and is now wanted in such division and district on June 25, 2008

at 9:30 a.m. for arraignment before the Honorable Arlander Keys in Courtroom 2230.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

UNITED STATES MARSHAL
Central District of Illinois
Springfield, Illinois

WARDEN
Lincoln Correctional Center
Springfield, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that defendant be returned forthwith to said institution from which he was brought unless otherwise directed by the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Nathalina A. Hudson
Assistant U. S. Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-1123