# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 459 - 1 | **DATE** | 6/16/2008 |
| **CASE TITLE** | USA vs. Salvador Lemus Rodriguez | | |

**DOCKET ENTRY TEXT**

The Government's Petition for Writ of Habeas Corpus Ad Prosequendum is granted. The Warden at Lincoln Correctional Center is directed to produce the body of prisoner Salvador Lemus Rodriguez on 6/25/08 at 9:00 a.m. in courtroom 2230 for Arraignment. When these proceedings have been concluded, the defendant is to be returned forthwith to said institution from which he was brought unless otherwise directed by this Court.

■ [ For further detail see separate order(s).]          Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|

2008 JUN 17 AM 9:38

FILED