

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 459 |
| v. | ) | |
| | ) | Judge Arlander Keys |
| SALVADOR LEMUS RODRIGUEZ, | ) | |
| | ) | |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

    Name:         Salvador Lemus-Rodriguez
    Date of Birth:
    Sex:
    Race:          Hispanic

has been and now is, in due process of law, incarcerated in the following institution:

    Logan Correctional Center
    Lincoln, Illinois

and that said defendant is charged in the above-captioned case with violations of Title 8, United States Code, Sections 1326(a) and (b)(1), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:30a.m. on June 25, 2008 for arraignment before the Honorable Arlander Keys in Courtroom 2230.

    IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | UNITED STATES MARSHAL |
| Northern District of Illinois | Central District of Illinois |
| Chicago, Illinois | Springfield, Illinois |

WARDEN
Lincoln Correctional Center
Springfield, Illinois

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_Arlander Keys_
Arlander Keys
United States Magistrate Judge

DATED at Chicago, Illinois
this __16th__ day of June, 2008