# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Darrah | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 459 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA v. Lemus-Rodriguez | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 7/2/08. Pretrial motions to be filed by 7/9/08. Responses to pretrial motions are due by 7/16/08; replies thereto due by 7/23/08. Status hearing set before Judge Darrah on 7/31/08 at 9:45 a.m. Time is excluded pursuant to 18:3161(h)(I). The Defendant is ordered remanded to the custody of the U.S. Marshal. Xt1/AK—

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | AC |
|---|---|---|