## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 459 - 1 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Salvador Lemus - Rodriguez | | |

**DOCKET ENTRY TEXT**

Status hearing held. Rule 16.1(A) conference to be held by 9/9/08. Defendant's pretrial motions to be filed by 9/16/08, government's response by 9/23/08. Status hearing and ruling on motions is set for 10/2/08 at 9:00 a.m. Jury trial set for 11/17/08 at 9:00 a.m. In the interests of justice, time is ordered excluded to 11/17/08 pursuant to 18:3161(h)(8)(A)(B). (x-t)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|